**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>TAYLOR ARTIS,<br><br>　　　　　　　　Defendant. | Case No.　25cr558-AJB<br>　　　　　　25mj208-AHG<br>**I N F O R M A T I O N**<br><br>Title 18, U.S.C., Sec. 922(a)(1)(A) and (B) – Dealing Firearms without a License (Felony);<br>Title 18, U.S.C., Sec. 933(a)(1) – Trafficking of Firearms (Felony);<br>Title 18, U.S.C., Sec. 922(o) and 924(a)(2) – Possession of a Machinegun (Felony);<br>Title 26, U.S.C., Sec. 5861(d) – Possession of an Unregistered Firearm (Felony) |

The United States Attorney charges:

Count One

Beginning no later than September 25, 2024, and continuing through November 21, 2024, within the Southern District of California, defendant TAYLOR ARTIS, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

Count Two

Beginning no later than September 25, 2024, and continuing through November 21, 2024, within the Southern District of California, defendant TAYLOR ARTIS, did transport, transfer, cause to be transported, or

JRE:cm:2/15/2025

otherwise dispose of firearms in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(1).

### Count Three

On or about September 25, 2024, within the Southern District of California, defendant TAYLOR ARTIS did knowingly possess a machinegun, to wit: one machinegun conversion device, which is a machinegun as defined in 26 U.S.C. § 5845(b), in violation of Title 18 United States Code, Sections 922(o) and 924(a)(2).

### Count Four

On October 2, 2024, in the Southern District of California, defendant TAYLOR ARTIS, did knowingly possess a firearm, to wit: a non-serialized privately made rifle with a barrel of less than 16 inches in length, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

### Count Five

On or about October 23, 2024, within the Southern District of California, defendant TAYLOR ARTIS did knowingly possess a machinegun, to wit: one machinegun conversion device, which is a machinegun as defined in 26 U.S.C. § 5845(b), in violation of Title 18 United States Code, Sections 922(o) and 924(a)(2).

DATED: 2/24/2025.

TARA K. McGRATH
United States Attorney

JAMES REDD
Assistant U.S. Attorney